FILED IN OPEN COURT
ON 8-10-15
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO: 7:15-MJ-1024

UNITED STATES OF AMERICA }
} DEFENDANT'S
v } MOTION TO CONTINUE
} (18 USC 3161(h)(8))

Medress Jonathan

Pursuant to 18 USC 3161 (h)(8) and to Local Rule 4.11, the Defendant respectfully requests that the above-captioned case be continued from the present docket. In support of this motion, the Defendant sets forth the following:

1. _Defense and gov are discussing disposition_

2. This is the 3rd continuance filed by the Defendant in the present case. The Special Assistant United States Attorney does not/does object to this motion.

3. I understand that if this motion is granted, **I must next appear in court** at **10:00 a.m.** on **October 8, 2015,** court docket and that failure to appear may result in the issuance of an arrest warrant.

Submitted on:

X _/s/ James L. Alward_
Defendant or Attorney for the Defendant

**INITIAL DOCKET:**

The court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public in a speedy trial for the following reason(s):

[ ] Failure to do so would likely result in a **miscarriage of justice.**
[ ] The **unusual nature or complexity of the case** makes it unreasonable to expect the Defendant to adequately prepare for pretrial proceedings or trial within the time limits set forth in 18 USC 3161.
[ ] Failure to do so would deny the Defendant reasonable **time to obtain counsel;**
[ ] Failure to do so would unreasonably deny the Defendant **continuity of counsel;**
[X] Failure to do so would deny the Defendant the reasonable **time necessary for effective preparation,** taking into account the exercise of due diligence.

Accordingly, the continuance is ALLOWED. The intervening time from _8-10-15_ to _10-8-2015_ is excluded from speedy trial computation under 18 USC 3161.

_8-10-15_
Date

_/s/_
UNITED STATES MAGISTRATE JUDGE